# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| VAMSIDHAR VURIMINDI, | : No. 54 EM 2016 |
| Petitioner | : |
| v. | : |
| PROTHONOTARY, COURT OF COMMON PLEAS, PHILADELPHIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.